# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 18, 2021

## NO. 03-21-00184-CV

**C. M., Appellant**

**v.**

**Texas Department of Family and Protective Services and D. M., Appellees**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on March 30, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.